## THE UNITED STATES v. SHIP HELEN.

A vessel having violated a law of the United States, cannot be seized for such violation, after the law has expired, unless some special provision be made therefor by statute.

THIS was an appeal from the sentence of the district court of the United States for the district of New-Orleans, which dismissed the libel.

The ship Helen, a vessel of the United States, during the existence of the act of congress of the 28th of February, 1806, "to suspend the commercial intercourse between the United States and certain ports of the island of St. Domingo, had traded with one of the prohibited ports, contrary to that act. The act was suffered to expire on the 25th of April, 1808. Afterwards, to wit, on the 20th of September, 1808, she was seized, on account of that violation of the act, by the collector of the port of New-Orleans; but the libel was dismissed by the judge, on the ground that the law had expired.

The United States appealed.

The case was now submitted without argument; and upon the authority of the case of ———, at last term,

The sentence was affirmed.